# United States District Court
# Western District of NorthCarolina
# Statesville Division

| | | |
|---|---|---|
| **Christopher Anthony Blanton,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14-cv-00018-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Carlton B. Joyner,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 3, 2014 Order.

December 3, 2014

Frank G. Johns, Clerk
United States District Court